IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD JOHNSON | : | Civil Action No. 4:13-CV-01244 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CATHERINE C. MCVEY and PENNSYLVANIA BOARD OF PROBATION AND PAROLE | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

July 12, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the May 29, 2013 report and recommendation of Magistrate Judge Susan E. Schwab. ECF No. 9.

Magistrate Judge Schwab's report and recommendations recommended that plaintiff's application to proceed in forma pauperis be granted but the complaint be dismissed. Subsequently, on June 11, 2013, the Plaintiff filed a Motion for Reconsideration regarding the Report and Recommendations which this Court construes as objections pursuant to Local Rule 72.3.

1

While this Court agrees with the sound reasoning of the magistrate judge's analysis, it has given consideration to the Plaintiff's objections to the same. Plaintiff presents no evidentiary or legal basis to refute the report and recommendations of the magistrate judge. Accordingly, the May 29, 2013 report and recommendations will be adopted in its entirety and this action will be dismissed.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Susan E. Schwab's May 29, 2013 Report and Recommendation is ADOPTED in full. ECF No. 9.

2. The action is DISMISSED.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge